**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* ______ Chapter **7**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ESS Tech, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **98-1550150** |
| 4. | **Debtor's address** | **Principal place of business**<br>**26440 SW Parkway Ave., Bldg 83**<br>**Wilsonville, OR 97070**<br>Number, Street, City, State & ZIP Code<br>**Clackamas**<br>County<br><br>**Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.essinc.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **ESS Tech, Inc.**
Name
Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**1629**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **ESS Tech, Inc.** Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **ESS Tech, Inc.**
Name

Case number (*If known*)

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2026**
MM / DD / YYYY

**X** **/s/ Kate Suhadolnik**
Signature of authorized representative of debtor

**Kate Suhadolnik**
Printed name

Title **CFO**

**18. Signature of attorney**

**X** **/s/ Michael Busenkell**
Signature of attorney for debtor

Date **November 13, 2026**
MM / DD / YYYY

**Michael Busenkell**
Printed name

**Gellert Seitz Busenkell & Brown, LLC**
Firm name

**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **302-425-5812** Email address **mbusenkell@gsbblaw.com**

**3933 DE**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (If known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2026**

X **/s/ Kate Suhadolnik**
Signature of individual signing on behalf of debtor

**Kate Suhadolnik**
Printed name

**CFO**
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Delaware

In re **ESS Tech, Inc.** Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **8,338.00** |
| Prior to the filing of this statement I have received | $ | **8,338.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]
      **Preparation and filing of any petition, schedules, statement of affairs which may be required.**
      **Representation of the Debtor(s) at the initial first meeting of creditors.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   ***Any post-petition service that is a contested matter, including but not limited to: Motions to Dismiss, Motions to Convert, additional 341 appearances, Adversary Complaints, Appeals, Dischargeability actions, lien avoidances actions, Relief from Stay, or any other matter which requires additional time based on an hourly file.**

   ***notated in retainer as fee/costs additonal (post-petition)**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 13, 2026**
*Date*

**/s/ Michael Busenkell**
**Michael Busenkell**
*Signature of Attorney*
**Gellert Seitz Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812 Fax: 302-425-5814**
**mbusenkell@gsbblaw.com**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______________

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **611,843.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **821,208,090.26** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **821,819,933.26** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **77,255.00** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **0.00** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | **+$** **17,927,769.07** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **18,005,024.07** |

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*<br>Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Bank of America** | **Checking** | **8142** | **$0.00** |
| 3.2. | **Bank of America** | **Funding/Holding** | **8139** | **$127,584.00** |
| 3.3. | **Bank of America** | **Cash Collateral** | **6125** | **$1,023,990.00** |
| 3.4. | **Intact Insurance** | **Cash Collateral** | | **$700,000.00** |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | **BLKRK LQ:FEDFUND INSTL (Money Market Fund)** | | | **$67,638.00** |

5. **Total of Part 1.** **$1,919,212.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

Debtor **ESS Tech, Inc.** Case number *(If known)*
Name

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Elsinore - Building Lease Deposit (former landlord)** | **$40,000.00** |
| 7.2. | **DCI - Building Lease Deposit** | **$135,000.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Mianyank Hitek Co., Ltd - PO 25928, 40% prepayment** | **$30,000.00** |
| 8.2. | **Mianyang Hitek Co., Ltd - PO 25892, 40% prepayment** | **$260,780.00** |
| 8.3. | **KETIV - multiple invoices** | **$21,045.26** |
| 8.4. | **Minitab STDINV0378180** | **$1,171.91** |
| 8.5. | **Altium Inc AINC-1043327-SI** | **$16,536.75** |
| 8.6. | **Delinea Inc. INV-56906** | **$6,670.13** |
| 8.7. | **McGriff D&O mult invoices** | **$2,115,967.00** |
| 8.8. | **McGriff EPL 5634173, 5634258** | **$3,779.01** |
| 8.9. | **Workiva INV-218724** | **$21,515.03** |
| 8.10. | **McGriff D&O 2026** | **$89,142.93** |

Debtor **ESS Tech, Inc.** Case number *(If known)*
Name

| | | |
|---|---|---|
| 8.11. | **GitLab INV00508803** | **$7,558.29** |
| 8.12. | **ObserveID, Inc. 1167** | **$24,890.11** |
| 8.13. | **Graybar - lightning bar for TECO that needs to be reordered** | **$7,145.84** |
| 8.14. | **Maul Foster & Alongi, Inc.** | **$378.75** |
| 8.15. | **AutoDesk Inc. - 9065325339** | **$33,005.83** |
| 8.16. | **Intellinum Inc. - 1974** | **$5,477.31** |
| 8.17. | **McGriff - Various Insurance Policies** | **$108,422.59** |
| 8.18. | **NYSE Market (DE), Inc. 079644002975NYL** | **$25,025.52** |

9. **Total of Part 2.** **$2,953,512.26**
Add lines 7 through 8. Copy the total to line 81.

Part 3: **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

Part 4: **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Part 5: **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

Debtor **ESS Tech, Inc.** Case number *(If known)*
Name

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| | **Raw Materials** | **12/18/25** | **$129,050.00** | **FIFO** | **$4,567,470.00** |
| 20. | **Work in progress** | | | | |
| | **Work in Progress** | **12/18/25** | **$0.00** | **FIFO** | **$2,601,369.00** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |
| | **Spare Parts Inventory** | | **$259,602.00** | **Recent cost** | **$259,602.00** |

23. **Total of Part 5.** **$7,428,441.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Office Furniture and Fixtures** | **$16,256.00** | **Recent cost** | **$16,256.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Office Equipment** | **$18,675.00** | **Recent cost** | **$18,675.00** |

Debtor **ESS Tech, Inc.** Case number *(If known)*
Name

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** **$34,931.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ☐ No
- ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **Machinery, Equipment & Tooling** | **$2,632,980.00** | **Recent cost** | **$2,632,980.00** |

51. **Total of Part 8.** **$2,632,980.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ☐ No
- ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor **ESS Tech, Inc.** Case number *(If known)*
Name

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **Manufacturing & HQ Space** | **Lease** | **$0.00** | | **$0.00** |
| 55.2. | **Leasehold Improvements** | | **$611,843.00** | **Recent cost** | **$611,843.00** |

56. **Total of Part 9.** **$611,843.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Patents, copyrights, trademarks and trade secrets** | **$0.00** | | **$126,000,000.00** |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties**<br>**Licenses, franchises and royalties** | **$2,481,775.00** | **Recent cost** | **$2,481,775.00** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$128,481,775.00**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

Debtor **ESS Tech, Inc.** Case number *(If known)*
Name

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**State and Federal NOLs (see attached)** Tax year **Various** **$676,533,901.00**

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Duty Drawback Claim filed with US Customs & Border Protection** **$1,223,338.00**

| | |
|---|---|
| **Nature of claim** | **Duty Drawback Claim** |
| **Amount requested** | **$1,223,338.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.** **$677,757,239.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **ESS Tech, Inc.** Case number *(If known)*
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$1,919,212.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$2,953,512.26** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$7,428,441.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$34,931.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,632,980.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.......................................................................................> | | **$611,843.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$128,481,775.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$677,757,239.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$821,208,090.26** | + 91b. **$611,843.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$821,819,933.26** |

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 **De Lage Laden Financial Services, Inc.** | **$35,511.00** | **$47,864.00** |
| 2.2 **Siemens Financial Services, Inc.** | **$41,744.00** | **$194,863.00** |

**2.1 De Lage Laden Financial Services, Inc.**

Creditor's Name

**1111 Old Eagle School Rd**
**Wayne, PA 19087**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/22/24**

**Last 4 digits of account number**
**3882**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Electric Three-Wheel Counterbalance Truck**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**2.2 Siemens Financial Services, Inc.**

Creditor's Name

**200 Wood Avenue South,**
**Suite 200**
**Iselin, NJ 08830**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/26/24**

**Last 4 digits of account number**
**9334**

**Describe debtor's property that is subject to a lien**
**Hammar 195/20-40s**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Debtor **ESS Tech, Inc.** Case number (if known)
Name

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$77,255.00** |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**Aerotek, Inc.**
**7301 Parkway Drive**
**Hanover, MD 21076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$2,131.67**

3.2 **Nonpriority creditor's name and mailing address**
**AIRGAS, USA, LLC**
**P.O. Box 532609**
**Atlanta, GA 30353**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$539.35**

3.3 **Nonpriority creditor's name and mailing address**
**Alexi A. Wellman**
**11235 Kentucky Rd**
**Papillion, NE 68133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$35,000.00**

3.4 **Nonpriority creditor's name and mailing address**
**Allegiance Benefit Plan Mgmt, Inc.**
**2806 S. Garfield St**
**Missoula, MT 59806**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$144.00**

Debtor **ESS Tech, Inc.**
Name

Case number (if known)

**3.5** **Nonpriority creditor's name and mailing address**
**Aon Consulting Inc.**
**3979 Freedom Circle**
**Santa Clara, CA 95054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
**AppColl, Inc.**
**325 Sharon Park Dr., Suite 625**
**Menlo Park, CA 94025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.7** **Nonpriority creditor's name and mailing address**
**Barnhart Crane and Rigging LLC**
**22329 NE Marine Dr**
**Fairview, OR 97024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,727.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**
**Broadridge Investor Communication Soluti**
**51 Mercedes Way**
**Brentwood, NY 11717**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$34,679.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.9** **Nonpriority creditor's name and mailing address**
**Business Wire**
**101 California St, 20th Floor**
**San Francisco, CA 94111**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$720.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Byline Financial Group**
**2801 Lakeside Drive Suite 212**
**Lincolnshire, IL 60015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,436.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Canon Financial Services, Inc.**
**158 Gaither Dr., Suite 200**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,180.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.12 **Nonpriority creditor's name and mailing address**
**Cascade Building Services**
**PO Box 3252**
**Tualatin, OR 97062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,786.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.13 **Nonpriority creditor's name and mailing address**
**Chemi-Green Solutions, LLC**
**10655 SW Avery St**
**Tualatin, OR 97062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,922.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.14 **Nonpriority creditor's name and mailing address**
**Cigna Health & Life Insurance Co**
**1700 Lincoln Street**
**Lover Level 3, Lockbox 59**
**Denver, CO 80274**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,354.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.15 **Nonpriority creditor's name and mailing address**
**Clackamas County Tax Collector**
**PO Box 6100**
**Portland, OR 97228**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$93,587.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.16 **Nonpriority creditor's name and mailing address**
**Clean Harbors Environmental Services**
**42 Longwater Drive**
**Norwell, MA 02061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$936.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.17 **Nonpriority creditor's name and mailing address**
**Clean Management Environ. Group Inc.**
**915 Industrial Rd**
**Walterboro, SC 29488**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,017.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.18 **Nonpriority creditor's name and mailing address**
**Clement Communications**
**2675 Taft Ct**
**Denver, CO 80215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,190.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.19 **Nonpriority creditor's name and mailing address**
**Clifton Larson Allen LLP**
**1211 SW Fifth Ave., Suite 1000**
**Portland, OR 97204**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.20 **Nonpriority creditor's name and mailing address**
**Coast 2 Coast Logistics LLC**
**2040 Milligan Way, Suite 300**
**Medford, OR 97504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**
**Cochran, Inc.**
**12500 Aurora Ave N**
**Seattle, WA 98133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,048.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**
**Coffee Creative Studio**
**Thynk box, First Floor**
**Grayleigh, Westville**
**DURBAN, 3629 SOUTH AFRICA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,690.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.23 **Nonpriority creditor's name and mailing address**
**Coffman Engineers Inc.**
**301 W. Northern Lights Blvd, Suite 200**
**Anchorage, AK 99503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,310.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.24 **Nonpriority creditor's name and mailing address**
**Colonial Life & Accident Insurance Co.**
**1 Fountain Sq**
**Chattanooga, TN 37402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$380.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
**Comcast**
**PO Box 34744**
**Philadelphia, PA 19101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$910.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESS Tech, Inc.** Case number (if known)
Name

**3.26** **Nonpriority creditor's name and mailing address**
**Comcast Business**
**Masergy Communications**
**PO Box 733938**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,815.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
**Computershare Inc.**
**250 Royall Street**
**Palatine, IL 60055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,684.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
**Convergence Networks**
**4252 SE International Way Suite A**
**Portland, OR 97222**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,943.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** **Nonpriority creditor's name and mailing address**
**CPA Global Limited**
**Liberation House, Castle Street,**
**St. Helier, Channel Islands JE1 1BL**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,321.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** **Nonpriority creditor's name and mailing address**
**CT Corporation**
**PO Box 4349**
**Carol Stream, IL 60197**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,401.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** **Nonpriority creditor's name and mailing address**
**De Lage Landen Financial Services, Inc.**
**PO Box 825736**
**Philadelphia, PA 19182**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,728.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** **Nonpriority creditor's name and mailing address**
**designPORT, Inc.**
**PO Box 13101**
**Salem, OR 97309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,780.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.33 **Nonpriority creditor's name and mailing address**
**Deufol**
**Paaiestraat 17**
**2500 LIER, BELGIUM**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$276.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.34 **Nonpriority creditor's name and mailing address**
**Digi-Key Corporation**
**PO BOX 250**
**Thief River Falls, MN 56701**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$837.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Donohoe Advisory Associates LLC**
**9801 Washingtonian Blvd., Suite 340**
**Gaithersburg, MD 20878**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Energy Storage Industries**
**Asia Pacific Pty Limited**
**139B Latrobe Terrace**
**Paddington QLD 4064**
**AUSTRALIA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$500,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Ernst & Young U.S. LLP**
**200 Plaza Drive, Ste 2222.**
**Secaucus, NJ 07094**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,628.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**ETRADE Financial Corporate Services**
**PO Box 484**
**Jersey City, NJ 07303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Eurofins EAG Materials Science, LLC**
**2672 Metro Blvd.**
**Maryland Heights, MO 63043**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.40 **Nonpriority creditor's name and mailing address**
**EVE Energy North America Corp**
**7910 North Central Dr**
**Lewis Center, OH 43035**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.41 **Nonpriority creditor's name and mailing address**
**EVERGREEN REFRESHMENTS**
**1217 SW 7th Street, Suite 110**
**Renton, WA 98057**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$884.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.42 **Nonpriority creditor's name and mailing address**
**Ferrellgas, LP**
**One Liberty Plaza**
**Liberty, MO 64068**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$371.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.43 **Nonpriority creditor's name and mailing address**
**Foliage Services**
**P.O. Box 30387**
**Portland, OR 97294**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$495.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.44 **Nonpriority creditor's name and mailing address**
**Geotill Inc.**
**7732 Loma Court**
**Fishers, IN 46038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.45 **Nonpriority creditor's name and mailing address**
**Grainger, Inc.**
**Dept. 886985149, P.O. Box 419267**
**Kansas City, MO 64141**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,317.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.46 **Nonpriority creditor's name and mailing address**
**Greatech Integration (M) Sdn Bhd**
**Plot 287A, Lengkok Kampung Jawa 1**
**Bayan Lepas Free Industrial Zone Phase 3**
**11900 Bayan Lepas**
**11900 PULAU PINANG, PENANG, MALAYSIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$48,282.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESS Tech, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Grunecker Patent**<br>**und Rechtsanwalte PartG mbB**<br>**Leopoldstr, 4**<br>**80802 Muenchen GERMANY**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,718.84** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Harry Quarls**<br>**3815 Caruth Blvd**<br>**Dallas, TX 75225**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,068.68** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Houlihan Lokey Financial Advisors, Inc.**<br>**10250 Constellation Boulevard 5th Floor**<br>**Los Angeles, CA 90067**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$100,000.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Infinite Equity Inc**<br>**PO Box 720151**<br>**San Francisco, CA 94172**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,925.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Info-Tech Research Group Inc.**<br>**3960 Howard Hughes Pky, Suite 500**<br>**Las Vegas, NV 89169**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,412.45** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Insight Direct USA, Inc**<br>**6820 S. Harl Avenue**<br>**Tempe, AZ 85283**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$198,075.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Intertek Testing Services NA, Inc.**<br>**P.O. Box #405176**<br>**Atlanta, GA 30384**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,365.00** |

Debtor **ESS Tech, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Iocane Solutions LLC**<br>**1585 Tartan Trail Rd**<br>**Burlingame, CA 94010**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,700.00** |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**IPG Photonics Corporation**<br>**377 Simarano Dr**<br>**Marlborough, MA 01752**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,000.00** |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**KETIV Technolgies, Inc.**<br>**3010 Saturn St., Suite 100**<br>**Brea, CA 92821**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,500.00** |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**KPMG LLP**<br>**1300 SW 5th Ave. Suite 3800**<br>**Portland, OR 97201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$310,000.00** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Kyle B. Teamey**<br>**1 Rockwood Street**<br>**Jamaica Plain, MA 02130**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,130.49** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**LinkedIn Corporation**<br>**1000 West Maude Ave**<br>**Sunnyvale, CA 94085**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$42,969.98** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**M&H Enterprises, Inc.**<br>**8319 Thora Lane, A2**<br>**Spring, TX 77379**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$72,451.50** |

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.61 **Nonpriority creditor's name and mailing address**
**McGriff**
**P.O. Box 890635**
**Charlotte, NC 28289**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,096.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.62 **Nonpriority creditor's name and mailing address**
**Mediant Communications, Inc.**
**400 Regency Forest Dr., Suite 200**
**Cary, NC 27518**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,797.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.63 **Nonpriority creditor's name and mailing address**
**Mianyang Hitek CO., LTD.**
**No. 268, Jiuzhou Ave. Fucheng District**
**621000**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,390.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.64 **Nonpriority creditor's name and mailing address**
**Michael Niggli**
**3244 Cotswold Manor Drive S**
**Kingwood, TX 77339**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,535.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.65 **Nonpriority creditor's name and mailing address**
**Milegon LLC, dba: Milwaukee Electronics**
**1140 NW Third Ave**
**Milwaukee, WI 53209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,742.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.66 **Nonpriority creditor's name and mailing address**
**Monarch Innovation Private Ltd**
**3rd Fl, Dwarkesh Business Hub**
**Motera-Gandhinagar Hwy**
**Motera, AHMEDABAD 380005**
**Gujarat, INDIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$43,691.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.67 **Nonpriority creditor's name and mailing address**
**My Equity Comp, LLC**
**2339 Gold Meadow Way, Ste.210**
**Rancho Cordova, CA 95670**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,261.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.68 **Nonpriority creditor's name and mailing address**
**MZHCI, LLC**
**1200 6th Ave., Suite 21**
**Columbus, GA 31901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.69 **Nonpriority creditor's name and mailing address**
**Nasdaq, Inc.**
**151 W 42nd St.**
**New York, NY 10036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,173.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**National Registered Agents, Inc.**
**1201 Orange Street**
**Wilmington, DE 19801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,192.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**NexInfo Solutions Inc**
**8502 E. Chapman Ave, #364**
**Orange, CA 92869**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$98,393.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**NYSE Market (DE), Inc**
**5660 New Northside Drive, 3rd Floor**
**c/o Tax Dept.**
**Chicago, IL 60673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Oracle**
**500 Oracle Parkway**
**San Francisco, CA 94144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$106,750.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**OSISOFT LLC**
**San Leandro Tech Campus**
**1600 Alvarado St**
**San Leandro, CA 94577**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **ESS Tech, Inc.**
Name

Case number (if known)

3.75 **Nonpriority creditor's name and mailing address**
**Pacific Office Automation**
**14747 NW Greenbrier Parkway, Suite B**
**Beaverton, OR 97006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$87.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Paramount Security Solutions**
**1595 E. 15th Street, Suite 101**
**Corona, CA 92879**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$520.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Parker Butte & Lane PC**
**1200 NW Naito Pkwy Ste 200**
**Portland, OR 97209**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$52.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Pearl Meyer**
**PO Box 650823, Department #41287**
**Dallas, TX 75265**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,584.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Q4 Inc.**
**469A King Street West, Toronto, M5V1K4**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,690.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Raffi Garabedian**
**742 Filip Rd.**
**Los Altos, CA 94024**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,589.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Randall Selensky**
**1620 Northeast 4th Pl**
**Fort Lauderdale, FL 33301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$187,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.82 **Nonpriority creditor's name and mailing address**
**Raymond Leasing Corporation**
**22 S. Canal St**
**Dallas, TX 75303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,923.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.83 **Nonpriority creditor's name and mailing address**
**RELX Inc. dba LexisNexis**
**9443 Springboro Pike**
**Dayton, OH 45432**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.84 **Nonpriority creditor's name and mailing address**
**Rich Hossfeld**
**744 Sheridan Road**
**Wilmette, IL 60091**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,032.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.85 **Nonpriority creditor's name and mailing address**
**Rogers Machinery Company, Inc.**
**14650 SW 72nd Ave**
**Portland, OR 97224**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$961.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.86 **Nonpriority creditor's name and mailing address**
**Sacramento Advocates, Inc.**
**1215 K Street Suite 2030**
**Sacramento, CA 95814**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.87 **Nonpriority creditor's name and mailing address**
**Sacramento Municipal Utilities District**
**6201 S Street, Mail Stop A203**
**Sacramento, CA 95817**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,904,284.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

3.88 **Nonpriority creditor's name and mailing address**
**Safety Kleen Corp**
**2600 North Central Expressway, Suite 400**
**Pittsburgh, PA 15250**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$301,047.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.89 **Nonpriority creditor's name and mailing address**
**Salary.com LLC**
**610 Lincoln St North Bldg, Suite 200**
**Waltham, MA 02451**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.90 **Nonpriority creditor's name and mailing address**
**Sandeep Nijhawan**
**2100 Riverside Lane**
**Boulder, CO 80304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.91 **Nonpriority creditor's name and mailing address**
**Santiam Electric, Inc.**
**820 Rees Hill Rd. SE**
**Salem, OR 97306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,493.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.92 **Nonpriority creditor's name and mailing address**
**Shackelford General Contractors**
**350 South Industrial Parkway, Yazoo City**
**Yazoo City, MS 39194**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,511.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.93 **Nonpriority creditor's name and mailing address**
**Sidoti & Company, LLC**
**1177 Avenue of the Americas, Fl 5**
**New York, NY 10036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.94 **Nonpriority creditor's name and mailing address**
**Siemens Industry Inc**
**15201 NW Greenbrier Pkwy, Suite A-4**
**Beaverton, OR 97006**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,096.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

3.95 **Nonpriority creditor's name and mailing address**
**Signaling System Solutions, Inc.**
**13504 NE 84th St., Suite 103-160**
**Vancouver, WA 98682**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,507.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.96 **Nonpriority creditor's name and mailing address**
**SKB-Parkworks**
**222 SW COLUMBIA ST SUITE 700**
**Portland, OR 97201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.97 **Nonpriority creditor's name and mailing address**
**SP Marketplace Holdings, Inc.**
**17319 Penn Valley Dr.**
**Penn Valley, CA 95946**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,389.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.98 **Nonpriority creditor's name and mailing address**
**Sully Entertainment Group LLC**
**5355 Avenida Encinas #100**
**Carlsbad, CA 92008**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.99 **Nonpriority creditor's name and mailing address**
**TCameron & Associates, LLC**
**15 Panorama Crest Ave.**
**Las Vegas, NV 89135**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.100 **Nonpriority creditor's name and mailing address**
**Total Quality Logistics, LLC**
**4289 Ivy Pointe Blvd.**
**Cincinnati, OH 45245**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.101 **Nonpriority creditor's name and mailing address**
**Uline**
**PO Box 88741**
**Chicago, IL 60680-1741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$520.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.102 **Nonpriority creditor's name and mailing address**
**United Rentals North America Inc.**
**14020 SW 72nd Ave**
**Portland, OR 97224**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,830.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **ESS Tech, Inc.** Case number (if known)
Name

**3.103** **Nonpriority creditor's name and mailing address**
**United States Energy Association, Inc**
**1300 Pennsylvania Ave NW, Ste. 550**
**Washington, DC 20004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**
**UOP LLC**
**6111 North River Rd**
**Des Plaines, IL 60018**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,595,646.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.105** **Nonpriority creditor's name and mailing address**
**Walter E Nelson Co.**
**5937 N. Cutter Circle**
**Portland, OR 97217**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$264.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.106** **Nonpriority creditor's name and mailing address**
**Waste Disposal Group**
**105 Warrenton Way**
**Simpsonville, SC 29681**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66,473.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.107** **Nonpriority creditor's name and mailing address**
**Wilson Sonsini Goodrich & Rosati, P.C.**
**650 Page Mill Road**
**Palo Alto, CA 94304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,787,866.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**
**Workiva Inc.**
**2900 University Blvd**
**Ames, IA 50010**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.109** **Nonpriority creditor's name and mailing address**
**XOMETRY INC**
**6116 EXECUTIVE BLVD SUITE 800**
**Rockville, MD 20852**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$126.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Debtor **ESS Tech, Inc.** Case number (if known)
Name

3.110 **Nonpriority creditor's name and mailing address**
**Yorkville Ives & Co, LLC**
**1012 Springfield Ave**
**Mountainside, NJ 07092**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400,187.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
**Ziply Fiber**
**135 Lake St**
**Kirkland, WA 98034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$620.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**ZoomInfo Technologies Midco LLC**
**805 BROADWAY STREET, SUITE 900**
**Vancouver, WA 98660**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**Zoro Tools, Inc.**
**909 Ashbury Drive**
**Buffalo Grove, IL 60089**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$135.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 17,927,769.07 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 17,927,769.07 |

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Open PO for Parts** | **AIRGAS USA, LLC**<br>**PO Box 7423**<br>**Pasadena, CA 91109** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Open PO for Parts** | **APT Mold**<br>**Building AB, No. 7 Shiji 2nd Road**<br>**Zhongshan City Torch Development Zone**<br>**528437** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **terminated building lease; leasor owes leasee return of security deposit**<br>**Terminated 6.22.26** | **BASICS, LLC**<br>**18555 SW Teton Ave**<br>**Tualatin, OR 97062** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Bauer**<br>**Handelsregister AG Koblenz**<br>**HRB29563**<br>**56856 Zell**<br>**GERMANY** |

Debtor 1 **ESS Tech, Inc.** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | **Burbank Water & Power**<br>**164 W. Magnolia Blvd**<br>**Burbank, CA 91502** |
| List the contract number of any government contract | | |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest | **Open PO** | |
| State the term remaining | | **Clean Harbors Environmental Services**<br>**42 Longwater Drive**<br>**Norwell, MA 02061** |
| List the contract number of any government contract | | |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | **Concurrent Technologies Corp**<br>**100 CTC Dr**<br>**Johnstown, PA 15904** |
| List the contract number of any government contract | | |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest | **Open PO** | |
| State the term remaining | | **Convergence Networks**<br>**4252 SE International Way Suite A**<br>**Portland, OR 97222** |
| List the contract number of any government contract | | |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest | **Building Lease** | |
| State the term remaining | | **DCI International LLC**<br>**705 S Springbrook Rd., Bldg C**<br>**Newberg, OR 97132** |
| List the contract number of any government contract | | |

Debtor 1 **ESS Tech, Inc.** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Open PO for Parts** | **DeNora Tech**<br>**7590 Discovery Ln**<br>**Painesville, OH 44077** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Open PO** | **Deufol**<br>**Paaiestraat 17**<br>**2500 LIER, BELGIUM** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **ERU Management Services**<br>**6601 Wing Point Rd**<br>**Bainbridge Island, WA 98110** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Goldbreak LDA**<br>**R. Progresso Ed. Globus No. 140**<br>**1 Andar Fr BQ**<br>**Vilarinho Das Cambas**<br>**PORTUGAL** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Honeywell**<br>**200 E. Algonquin Rd., Bldg 10**<br>**Des Plaines, IL 60016** |

Debtor 1 **ESS Tech, Inc.** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.15. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **Maada'oozh, LLC**<br>**7991 E. Altair Ln**<br>**Anaheim, CA 92808** |
| 2.16. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Open PO for parts** | **Mianyang Hitek CO., LTD.**<br>**No. 268, Jiuzhou Ave. Fucheng District**<br>**621000** |
| 2.17. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Open PO** | **NexInfo Solutions Inc**<br>**8502 E. Chapman Ave, #364**<br>**Orange, CA 92869** |
| 2.18. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | | **NV Energy, Inc.**<br>**PO Box 98910**<br>**Las Vegas, NV 89151** |
| 2.19. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Open PO** | **Oracle**<br>**500 Oracle Parkway**<br>**San Francisco, CA 94144** |

Debtor 1 **ESS Tech, Inc.** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.20. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open PO for parts** | **Oregon Bolt, Inc.**<br>**14965 SW 72nd Avenue**<br>**Portland, OR 97224** |
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open PO** | **Safety-Kleen Systems, Inc.**<br>**P.O. Box 650509**<br>**Dallas, TX 75265-0509** |
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Open PO** | **Sales** |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **Salt River Project**<br>**1500 N. Mill Ave**<br>**AZ 85288** |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | **TECO**<br>**702 N. Franklin St**<br>**Tampa, FL 33602** |

Debtor 1 **ESS Tech, Inc.** Case number (*if known*)
First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.25. State what the contract or lease is for and the nature of the debtor's interest | **Open PO for parts** | |
| State the term remaining | | **Trumpf Huettinger Inc.**<br>**4000 Burton Dr.**<br>**Santa Clara, CA 95054** |
| List the contract number of any government contract | | |
| 2.26. State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | **Turlock Irrigation District**<br>**333 E Canal Dr**<br>**Turlock, CA 95380** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **ESS Tech, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) ______

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$325,000.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$1,583,000.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$6,295,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | **Interest Income** | **$372,000.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | **Interest Income** | **$238,000.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | **Interest Income** | **$3,574,000.00** |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

Debtor **ESS Tech, Inc.** Case number *(if known)*

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **SEE ATTACHMENT** | | **$4,663,010.79** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Drew Buckley**<br>**1004 Greenwood Ave**<br>**Wilmette, IL 60091**<br>**CEO** | **1/26/2026,**<br>**11/25/2025,**<br>**11/14/2025** | **$13,578.10** | **Expense Reimbursement** |
| 4.2. **Kate Suhadolnik**<br>**5809 SE Lincon St**<br>**Portland, OR 97215**<br>**CFO** | **3/10/2026,**<br>**5/21/2026,**<br>**6/18/2026,**<br>**4/15/2026,**<br>**11/14/2025,**<br>**11/25/2025,**<br>**12/9/2025** | **$9,637.58** | **Expense Reimbursement** |
| 4.3. **Kelly Goodman**<br>**1870 SW Hawthorne Terrace**<br>**Portland, OR 97201**<br>**CSO & GC** | **3/10/2026,**<br>**6/10/2026,**<br>**6/30/2026,**<br>**5/21/2026,**<br>**3/30/2026,**<br>**6/18/2026,**<br>**11/14/2025,**<br>**11/25/2025**<br>**12/9/2025,**<br>**2/18/2026** | **$12,189.31** | **Expense Reimbursement** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a

debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Old Dominion Freight Line, Inc. v. ESS Tech, Inc.<br>25-cv-59085** | **Commercial Dispute** | **Oregon Circuit Court for Multnomah Cty<br>1200 SW First Ave<br>Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Old Dominion Freight Line, Inc. v. ESS Tech, Inc.<br>26-cv-49054** | **Commercial Dispute** | **Oregon Circuit court for Multnomah Cty<br>1200 SW First Ave<br>Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Shackelford General Contractors, LLC v. ESS Tech, Inc.<br>26CA008920** | **Commercial dispute** | **Circuit Court of Thirteenth Judicial Cir<br>In and for Hillsborough County, FL<br>800 E Twiggs St<br>Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Trumpf Huettinger, Inc. and Trumpf Huettinger GMBH + CO, KG v. ESS Tech, Inc.<br>26CV57396** | **Breach of Contract; Breach of Implied Duty of Good Faith and Fair Dealing; Promissory Estoppel** | **Circuit Court for the State of Oregon<br>County of Clackamas<br>1000 Courthouse Rd<br>Oregon City, OR 97045** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Remote Technology Services, Inc. v. ESS Tech, Inc.<br>CGC26640522** | **Breach of Contract** | **Superior Court of California County of San Francisco<br>Civic Center Courthouse<br>400 McAllister St.<br>San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Kendra M. Larsen v. ESS Tech, Inc.<br>AGEMAG260420-10885 / EEOC Case No.: 38D-** | **Discrimination** | **Bureau of Labor and Industries<br>1800 SW 1st Avenue, Suite 500<br>Portland, OR 97201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **ESS Tech, Inc. v. BASICS, LLC<br>26CV63513** | **Contract, Unjust Enrichment** | **Circuit Court for the State of Oregon<br>County of Clackamas<br>1000 Courthouse Rd.<br>Oregon City, OR 97045** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor **ESS Tech, Inc.** Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Old Dominion Freight Line, Inc. v. ESS Tech, Inc.**<br>**26CV49054** | **Contract** | **Circuit Court for the State of Oregon**<br>**County of Multnomah**<br>**1200 SW 1st Ave**<br>**Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Gellert Seitz Busenkell & Brown LLC**<br>**1201 N. Orange Street**<br>**Suite 300**<br>**Wilmington, DE 19801** | | **5/29/25** | **$7,500.00** |

**Email or website address**
**www.gsbblaw.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor **ESS Tech, Inc.** Case number *(if known)*

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ESS Tech Inc 401(k)** | EIN: **98-1550150** |

Has the plan been terminated?
■ No
☐ Yes

Debtor **ESS Tech, Inc.** Case number *(if known)*

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Bauer<br>Handelsregister AG Koblenz<br>HRB29563<br>56856 Zell<br>GERMANY** | | **Spare parts inventory** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor **ESS Tech, Inc.** Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No.
■ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| **SMUD Power Academy<br>9268 Tokay Lane<br>Sacramento, CA 95829** | **Sacramento County Office of Emer Svcs<br>11080 White Rock Road<br>Rancho Cordova, CA 95670** | **California Code of Regualtions, Title 22, Section 6621.22(a)(3)** | **8/7/2024, 4/3/2025** |

**Part 13: Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **KPMG LLP<br>1300 South West Fifth Ave<br>Suite 3800<br>Portland, OR 97201** | **5/23 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1. | **Matt Wallace** | **12/29/2014** | **$40,460,000 (standard cost)** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **ESS Tech, Inc.**<br>**26440 SW Parkway Ave, Bld 83**<br>**Wilsonville, OR 97070-9000** | | |
| 27.2. | **Brian Lisiecki** | **12/18/2025** | **$9,800,000 (standard cost)** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **ESS Tech, Inc.**<br>**26440 SW Parkway Ave, Bld 83**<br>**Wilsonville, OR 97070** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Drew Buckley** | **1004 Greenwood Ave**<br>**Wilmette, IL 60091** | **CEO** | **<1%** |
| **Kate Suhadolnik** | **5809 SE Lincon St**<br>**Portland, OR 97215** | **CFO** | **<1%** |
| **Kelly Goodman** | **1870 SW Hawthorne Terrace**<br>**Portland, OR 97201** | **CSO & General Counsel** | **<1%** |
| **Raffi Garabedian** | **742 Flip Rd**<br>**Los Altos, CA 94024** | **Director** | **<1%** |

Debtor **ESS Tech, Inc.** Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Sandeep Nijhawan** | **2100 Riverside Ln<br>Boulder, CO 80304** | **Director** | **<1%** |
| **Harry Quarls** | **3815 Caruth Blvd<br>Dallas, TX 75225** | **Director** | **<1%** |
| **Alexi Wellman** | **11235 Kentrucky Rd<br>Papillion, NE 68133** | **Director** | **<1%** |
| **Ayrton Capital LLC** | **55 Post Rd West, 2nd Fl<br>Westport, CT 06880** | **Stockholder** | **9.60%** |
| **SB Energy Global Holdings One Ltd** | **69 Grosvenor St<br>London W1K 3JP<br>United Kingdom** | **Stockholder** | **6.00%** |
| **Honeywell International Inc. Entities** | **855 S Mint St<br>Charlotte, NC 28202** | **Stockholder** | **5.50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☐ No
- ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Rich Hossfeld** | **744 Sheridan Road<br>Wilmette, IL 60091** | **Director, <1% sharholder** | **2021 - 2026** |
| **Kyle B. Teamey** | **1 Rockwood St<br>Jamaica Plain, MA 02130** | **Director, <1% shareholder** | **2021 - 2026** |
| **Michael Niggli** | **3244 Cotswold Manor Drive S<br>Kingwood, TX 77339** | **Director, <1% shareholder** | **2021 - 2026** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

Debtor **ESS Tech, Inc.** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Michael Niggli**<br>**3244 Cotswold Manor Drive S**<br>**Kingwood, TX 77339**<br>Relationship to debtor<br>**Former Director** | **$29,898.13** | **5/29/2026, 4/15/2026** | **Quarterly Director Compensation and RSUs vested** |
| 30.2. | **Harry Quarls**<br>**3815 Caruth Blvd**<br>**Dallas, TX 75225**<br>Relationship to debtor<br>**Director** | **$36,148.13** | **5/29/2026, 4/15/2026** | **Quarterly Director Compensation and RSUs vested** |
| 30.3. | **Alexi A. Wellman**<br>**11235 Kentucky Rd**<br>**Papillion, NE 68133**<br>Relationship to debtor<br>**Director** | **$31,148.13** | **5/29/2026, 4/15/2026** | **Quarterly Director Compensation and RSUs vested** |
| 30.4. | **Kelly Goodman**<br>**1870 SW Hawthorne Terrace**<br>**Portland, OR 97201**<br>Relationship to debtor<br>**Chief Strategy Officer & General Counsel (& former Interim CEO through 12/31/25)** | **$530,601.31** | **11/11/2026, 10/30/2026, 10/15/2026, 9/30/2026, 9/15/2026, 8/31/2026, 8/20/2026, 8/14/2026, 7/31/2026, 7/15/2026, 6/30/2026, 6/15/2026, 5/29/2026, 5/20/2026, 5/15/2026, 4/30/2026, 4/15/2026, 3/31/2026, 3/13/2026, 2/27/2026, 2/20/2026, 2/13/2026, 1/30/2026, 1/15/2026, 12/31/2025, 12/15/2025, 11/28/2025, 11/20/2025, 11/14/2025** | **Normal bi-weekly salary (net of taxes), RSUs vested and released, Annual bonus payment for 2025** |

Debtor **ESS Tech, Inc.** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Raffi Garabedian**<br>**742 Flip Rod**<br>**Los Altos, CA 94024**<br>Relationship to debtor<br>**Director** | **$28,023.13** | **5/29/2026, 4/14/2026** | **Quarterly Director Compensation and RSUs vested** |
| 30.6. | **Rich Hossfeld**<br>**744 Sheridan Road**<br>**Wilmette, IL 60091**<br>Relationship to debtor<br>**Former Director** | **$15,000.00** | **4/14/2026** | **Quarterly Director Compensation** |
| 30.7. | **Sandeep Nijhawan**<br>**2100 Riverside Lane**<br>**Boulder, CO 80304**<br>Relationship to debtor<br>**Director** | **$28,648.13** | **5/29/2026, 4/15/2026** | **Quarterly Director Compensation and RSUs vested** |
| 30.8. | **Kyle B. Teamey**<br>**1 Rockwood St**<br>**Jamaica Plain, MA 02130**<br>Relationship to debtor<br>**Former Director** | **$29,273.13** | **5/29/2026, 4/15/2026** | **Quarterly Director Compensation and RSUs vested** |
| 30.9. | **Drew Buckley**<br>**1004 Greenwood Ave**<br>**Wilmette, IL 60091**<br>Relationship to debtor<br>**CEO** | **$412,449.61** | **11/11/2026, 10/30/2026, 10/15/2026, 9/30/2026, 9/15/2026, 8/31/2026, 8/14/2026, 7/31/2026, 7/15/2026, 6/30/2026, 6/15/2026, 5/29/2026, 5/15/2026, 4/30/2026, 4/15/2026, 3/31/2026, 3/13/2026, 2/27/2026, 2/13/2026, 1/30/2026, 1/15/2026, 12/31/2025, 12/15/2025, 11/28/2025, 11/14/2025** | **Normal bi-weekly salary (net of taxes), annual bonus payment for 2025, sign on bonus** |

Debtor **ESS Tech, Inc.** Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.10. | **Kate Suhadolnik**<br>**5809 SE Lincon St**<br>**Portland, OR 97215** | **$335,000.32** | **11/11/2026, 10/30/2026, 10/15/2026, 9/30/2026, 9/15/2026, 8/31/2026, 8/20/2026, 8/14/2026, 7/31/2026, 7/15/2026, 6/30/2026, 6/15/2026, 5/29/2026, 5/20/2026, 5/15/2026, 4/30/2026, 4/15/2026, 3/31/2026, 3/13/2026, 2/27/2026, 2/20/2026, 2/13/2026, 1/30/2026, 1/15/2026, 12/31/2025, 12/15/2025, 11/28/2025, 11/20/2025, 11/14/2025** | **Normal bi-weekly salary (net of taxes), Value of RSUs vested and released, Annual bonus payment for 2025** |

**Relationship to debtor**
**CFO**

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor **ESS Tech, Inc.** Case number *(If known)*

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 13, 2026**

**/s/ Kate Suhadolnik** **Kate Suhadolnik**
Signature of individual signing on behalf of the debtor Printed name

Position or relationship to debtor **CFO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**SOFA #3**

| Creditor | Creditor Address | Payment Amount | Reason for Payment |
|---|---|---|---|
| McGriff | P.O. BOX 890635, CHARLOTTE, NC 28289-0635 | 2,243,119.92 | D&O Insurance |
| Yorkville Ives & Co., LLC | 1012 Springfield Avenue, Mountainside, NJ 07092 | 2,151,256.00 | Financing obligation repayment |
| Titan Partners | 4 World Trade Center, 49th Floor, New York, NY 10007 | 225,000.00 | Captial raise fees |
| Sacramento Municipal Utility District | 6201 S Street, Mail Stop A203, Sacramento CA 95817 | 200,000.00 | Refund of previous customer deposit |
| UOP LLC | 6111 NORTH RIVER ROAD, ROSEMONT, IL 60018 | 185,508.90 | Financing obligation repayment |
| Cigna Health and Life Insurance Company | 1700 LINCOLN STREET, LOWER LEVEL 3, LOCKBOX 59, DENVER, CO 80274 | 135,829.63 | Employee Benefits |
| Accrue | 3050 SOUTH DELAWARE ST. 2ND FLOOR, SAN MATEO, CA 94403 | 125,565.41 | 401(k) Contributions |
| DCI International | 705 S SPRINGBROOK RD, NEWBERG, OR 97132 | 120,622.94 | Rent |
| KPMG LLP | DEPT 0992, PO BOX 120922, DALLAS, TX 75312-0922 | 100,000.00 | Supplier/Vendor |
| Wilson Sonsini Goodrich & Rosati, P.C. | 650 PAGE MILL ROAD, PALO ALTO, CA 94304 | 78,318.00 | Supplier/Vendor |
| Safety Kleen | 2600 NORTH CENTRAL EXPRESSWAY STE 400, RICHARDSON, TX 75080 | 69,671.22 | Supplier/Vendor |
| PGE (Portland General Electric) | PO BOX 4438, PORTLAND, OR 97208-4438 | 67,609.24 | Utilities |
| Michael Peither | Einsteinstr. 125, 81675 Munich, GERMANY | 49,296.37 | Services (Independent Contractor) |
| Pocklington & Co. | 4336 GLACIER LILY STREET, LAKE OSWEGO, OR 97035 | 41,325.00 | Services (Independent Contractor) |
| State of Delaware | DIVISION OF CORPORATIONS, PO BOX 5509, BINGHAMTON, NY 13902-5509 | 41,200.00 | Taxes |
| Autodesk Inc | UNITED STATES | 39,607.00 | Supplier/Vendor |
| Chemi-Green Solutions, LLC | 10655 SW AVERY STREET, TUALATIN, OREGON 97062 | 35,840.30 | Supplier/Vendor |
| Deloitte | P.O. BOX 844708, DALLAS, TX 75284-4708 | 30,938.41 | Supplier/Vendor |
| MZHCI, LLC | 1200 6TH AVENUE, SUITE 21, COLUMBUS, GEORGIA | 30,000.00 | Supplier/Vendor |
| Dr. Nebojsa Zec | Peter-Anders-Str. 30, 81245 Munich, GERMANY | 29,629.30 | Services (Independent Contractor) |
| Jannik Birkholz | Eduard-Spranger-Str. 11, 80935 Munich, GERMANY | 25,129.47 | Services (Independent Contractor) |
| Convergence Networks | 4252 SE INTERNATIONAL WAY, SUITE A, PORTLAND, OR 97222 | 23,432.19 | Supplier/Vendor |
| ADP, Inc. | PO BOX 842875, BOSTON, MA 02284-2875 | 22,528.90 | Supplier/Vendor |
| Siemens Financial Services, Inc. | 200 WOOD AVE SOUTH, SUITE 200, ISELIN, NJ 08830 | 21,410.17 | Supplier/Vendor |
| NexInfo Solutions Inc | 8502 E. CHAPMAN AVE #364, ORANGE, CA 92869 | 20,685.50 | Supplier/Vendor |
| NYSE Market (DE), Inc | PO BOX 734514, CHICAGO, IL 60673-4514 | 20,000.00 | Fees |
| Republic Services | PO BOX 78829, PHOENIX, AZ 85062 | 15,724.52 | Supplier/Vendor |
| Allegiance Benefit Plan Management, Inc. | 2806 S. GARFIELD ST., MISSOULA, MT 59806 | 15,289.21 | Employee Benefits |
| Comcast Business (Masergy Communications) | PO BOX #733938, DALLAS, TX 75373 | 15,203.86 | Supplier/Vendor |
| Oracle | 500 ORACLE PARKWAY, REDWOOD CITY, CA 94065 | 14,583.33 | Supplier/Vendor |
| CLEAN ENERGY ASSOCIATES, LLC | 190 E. STACY RD, SUITE 306 #108, ALLEN, TX 75002 | 10,997.33 | Supplier/Vendor |
| Zoro Tools, Inc. | 909 ASHBURY DRIVE, BUFFALO GROVE, IL 60089 | 10,982.82 | Supplier/Vendor |
| The Guardian Life Insurance Company of America | PO BOX 677458, DALLAS, TX 75267 | 10,143.70 | Supplier/Vendor |
| | | 6,226,448.64 | |

**United States Bankruptcy Court**
**District of Delaware**

In re **ESS Tech, Inc.** Debtor(s)

Case No.
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 13, 2026**

**/s/ Kate Suhadolnik**
**Kate Suhadolnik/CFO**
Signer/Title

ESS Tech, Inc.
26440 SW Parkway Ave., Bldg 83
Wilsonville, OR 97070

Michael Busenkell
Gellert Seitz Busenkell & Brown, LLC
1201 N. Orange Street
Suite 300
Wilmington, DE 19801

Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-7346

State of Delaware
Department of Justice
Attn: Edward Kosmowski
820 N. French St., 8th Floor
Wilmington, DE 19801

Aerotek, Inc.
7301 Parkway Drive
Hanover, MD 21076

AIRGAS USA, LLC
PO Box 7423
Pasadena, CA 91109

AIRGAS, USA, LLC
P.O. Box 532609
Atlanta, GA 30353

Alexi A. Wellman
11235 Kentucky Rd
Papillion, NE 68133

Allegiance Benefit Plan Mgmt, Inc.
2806 S. Garfield St
Missoula, MT 59806

Aon Consulting Inc.
3979 Freedom Circle
Santa Clara, CA 95054

AppColl, Inc.
325 Sharon Park Dr., Suite 625
Menlo Park, CA 94025

APT Mold
Building AB, No. 7 Shiji 2nd Road
Zhongshan City Torch Development Zone
528437

Barnhart Crane and Rigging LLC
22329 NE Marine Dr
Fairview, OR 97024

BASICS, LLC
18555 SW Teton Ave
Tualatin, OR 97062

Bauer
Handelsregister AG Koblenz
HRB29563
56856 Zell
GERMANY

Broadridge Investor Communication Soluti
51 Mercedes Way
Brentwood, NY 11717

Burbank Water & Power
164 W. Magnolia Blvd
Burbank, CA 91502

Business Wire
101 California St, 20th Floor
San Francisco, CA 94111

Byline Financial Group
2801 Lakeside Drive Suite 212
Lincolnshire, IL 60015

Canon Financial Services, Inc.
158 Gaither Dr., Suite 200
Mount Laurel, NJ 08054

Cascade Building Services
PO Box 3252
Tualatin, OR 97062

Chemi-Green Solutions, LLC
10655 SW Avery St
Tualatin, OR 97062

Cigna Health & Life Insurance Co
1700 Lincoln Street
Lover Level 3, Lockbox 59
Denver, CO 80274

Clackamas County Tax Collector
PO Box 6100
Portland, OR 97228

Clean Harbors Environmental Services
42 Longwater Drive
Norwell, MA 02061

Clean Management Environ. Group Inc.
915 Industrial Rd
Walterboro, SC 29488

Clement Communications
2675 Taft Ct
Denver, CO 80215

Clifton Larson Allen LLP
1211 SW Fifth Ave., Suite 1000
Portland, OR 97204

Coast 2 Coast Logistics LLC
2040 Milligan Way, Suite 300
Medford, OR 97504

Cochran, Inc.
12500 Aurora Ave N
Seattle, WA 98133

Coffee Creative Studio
Thynk box, First Floor
Grayleigh, Westville
DURBAN, 3629 SOUTH AFRICA

Coffman Engineers Inc.
301 W. Northern Lights Blvd, Suite 200
Anchorage, AK 99503

Colonial Life & Accident Insurance Co.
1 Fountain Sq
Chattanooga, TN 37402

Comcast
PO Box 34744
Philadelphia, PA 19101

Comcast Business
Masergy Communications
PO Box 733938
Dallas, TX 75373

Computershare Inc.
250 Royall Street
Palatine, IL 60055

Concurrent Technologies Corp
100 CTC Dr
Johnstown, PA 15904

Convergence Networks
4252 SE International Way Suite A
Portland, OR 97222

CPA Global Limited
Liberation House, Castle Street,
St. Helier, Channel Islands JE1 1BL

CT Corporation
PO Box 4349
Carol Stream, IL 60197

DCI International LLC
705 S Springbrook Rd., Bldg C
Newberg, OR 97132

De Lage Laden Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087

De Lage Landen Financial Services, Inc.
PO Box 825736
Philadelphia, PA 19182

DeNora Tech
7590 Discovery Ln
Painesville, OH 44077

designPORT, Inc.
PO Box 13101
Salem, OR 97309

Deufol
Paaiestraat 17
2500 LIER, BELGIUM

Digi-Key Corporation
PO BOX 250
Thief River Falls, MN 56701

Donohoe Advisory Associates LLC
9801 Washingtonian Blvd., Suite 340
Gaithersburg, MD 20878

Energy Storage Industries
Asia Pacific Pty Limited
139B Latrobe Terrace
Paddington QLD 4064
AUSTRALIA

Ernst & Young U.S. LLP
200 Plaza Drive, Ste 2222.
Secaucus, NJ 07094

ERU Management Services
6601 Wing Point Rd
Bainbridge Island, WA 98110

ETRADE Financial Corporate Services
PO Box 484
Jersey City, NJ 07303

Eurofins EAG Materials Science, LLC
2672 Metro Blvd.
Maryland Heights, MO 63043

EVE Energy North America Corp
7910 North Central Dr
Lewis Center, OH 43035

EVERGREEN REFRESHMENTS
1217 SW 7th Street, Suite 110
Renton, WA 98057

Ferrellgas, LP
One Liberty Plaza
Liberty, MO 64068

Foliage Services
P.O. Box 30387
Portland, OR 97294

Geotill Inc.
7732 Loma Court
Fishers, IN 46038

Goldbreak LDA
R. Progresso Ed. Globus No. 140
1 Andar Fr BQ
Vilarinho Das Cambas
PORTUGAL

Grainger, Inc.
Dept. 886985149, P.O. Box 419267
Kansas City, MO 64141

Greatech Integration (M) Sdn Bhd
Plot 287A, Lengkok Kampung Jawa 1
Bayan Lepas Free Industrial Zone Phase
11900 Bayan Lepas
11900 PULAU PINANG, PENANG, MALAYSIA

Grunecker Patent
und Rechtsanwalte PartG mbB
Leopoldstr, 4
80802 Muenchen GERMANY

Harry Quarls
3815 Caruth Blvd
Dallas, TX 75225

Honeywell
200 E. Algonquin Rd., Bldg 10
Des Plaines, IL 60016

Houlihan Lokey Financial Advisors, Inc.
10250 Constellation Boulevard 5th Floor
Los Angeles, CA 90067

Infinite Equity Inc
PO Box 720151
San Francisco, CA 94172

Info-Tech Research Group Inc.
3960 Howard Hughes Pky, Suite 500
Las Vegas, NV 89169

Insight Direct USA, Inc
6820 S. Harl Avenue
Tempe, AZ 85283

Intertek Testing Services NA, Inc.
P.O. Box #405176
Atlanta, GA 30384

Iocane Solutions LLC
1585 Tartan Trail Rd
Burlingame, CA 94010

IPG Photonics Corporation
377 Simarano Dr
Marlborough, MA 01752

KETIV Technolgies, Inc.
3010 Saturn St., Suite 100
Brea, CA 92821

KPMG LLP
1300 SW 5th Ave. Suite 3800
Portland, OR 97201

Kyle B. Teamey
1 Rockwood Street
Jamaica Plain, MA 02130

LinkedIn Corporation
1000 West Maude Ave
Sunnyvale, CA 94085

M&H Enterprises, Inc.
8319 Thora Lane, A2
Spring, TX 77379

Maada'oozh, LLC
7991 E. Altair Ln
Anaheim, CA 92808

McGriff
P.O. Box 890635
Charlotte, NC 28289

Mediant Communications, Inc.
400 Regency Forest Dr., Suite 200
Cary, NC 27518

Mianyang Hitek CO., LTD.
No. 268, Jiuzhou Ave. Fucheng District
621000

Michael Niggli
3244 Cotswold Manor Drive S
Kingwood, TX 77339

Milegon LLC, dba: Milwaukee Electronics
1140 NW Third Ave
Milwaukee, WI 53209

Monarch Innovation Private Ltd
3rd Fl, Dwarkesh Business Hub
Motera-Gandhinagar Hwy
Motera, AHMEDABAD 380005
Gujarat, INDIA

My Equity Comp, LLC
2339 Gold Meadow Way, Ste.210
Rancho Cordova, CA 95670

MZHCI, LLC
1200 6th Ave., Suite 21
Columbus, GA 31901

Nasdaq, Inc.
151 W 42nd St.
New York, NY 10036

National Registered Agents, Inc.
1201 Orange Street
Wilmington, DE 19801

NexInfo Solutions Inc
8502 E. Chapman Ave, #364
Orange, CA 92869

NV Energy, Inc.
PO Box 98910
Las Vegas, NV 89151

NYSE Market (DE), Inc
5660 New Northside Drive, 3rd Floor
c/o Tax Dept.
Chicago, IL 60673

Oracle
500 Oracle Parkway
San Francisco, CA 94144

Oregon Bolt, Inc.
14965 SW 72nd Avenue
Portland, OR 97224

OSISOFT LLC
San Leandro Tech Campus
1600 Alvarado St
San Leandro, CA 94577

Pacific Office Automation
14747 NW Greenbrier Parkway, Suite B
Beaverton, OR 97006

Paramount Security Solutions
1595 E. 15th Street, Suite 101
Corona, CA 92879

Parker Butte & Lane PC
1200 NW Naito Pkwy Ste 200
Portland, OR 97209

Pearl Meyer
PO Box 650823, Department #41287
Dallas, TX 75265

Q4 Inc.
469A King Street West, Toronto, M5V1K

Raffi Garabedian
742 Filip Rd.
Los Altos, CA 94024

Randall Selensky
1620 Northeast 4th Pl
Fort Lauderdale, FL 33301

Raymond Leasing Corporation
22 S. Canal St
Dallas, TX 75303

RELX Inc. dba LexisNexis
9443 Springboro Pike
Dayton, OH 45432

Rich Hossfeld
744 Sheridan Road
Wilmette, IL 60091

Rogers Machinery Company, Inc.
14650 SW 72nd Ave
Portland, OR 97224

Sacramento Advocates, Inc.
1215 K Street Suite 2030
Sacramento, CA 95814

Sacramento Municipal Utilities District
6201 S Street, Mail Stop A203
Sacramento, CA 95817

Safety Kleen Corp
2600 North Central Expressway, Suite 400
Pittsburgh, PA 15250

Safety-Kleen Systems, Inc.
P.O. Box 650509
Dallas, TX 75265-0509

Salary.com LLC
610 Lincoln St North Bldg, Suite 200
Waltham, MA 02451

Sales

Salt River Project
1500 N. Mill Ave
AZ 85288

Sandeep Nijhawan
2100 Riverside Lane
Boulder, CO 80304

Santiam Electric, Inc.
820 Rees Hill Rd. SE
Salem, OR 97306

Shackelford General Contractors
350 South Industrial Parkway, Yazoo City
Yazoo City, MS 39194

Sidoti & Company, LLC
1177 Avenue of the Americas, Fl 5
New York, NY 10036

Siemens Financial Services, Inc.
200 Wood Avenue South, Suite 200
Iselin, NJ 08830

Siemens Industry Inc
15201 NW Greenbrier Pkwy, Suite A-4
Beaverton, OR 97006

Signaling System Solutions, Inc.
13504 NE 84th St., Suite 103-160
Vancouver, WA 98682

SKB-Parkworks
222 SW COLUMBIA ST SUITE 700
Portland, OR 97201

SP Marketplace Holdings, Inc.
17319 Penn Valley Dr.
Penn Valley, CA 95946

Sully Entertainment Group LLC
5355 Avenida Encinas #100
Carlsbad, CA 92008

TCameron & Associates, LLC
15 Panorama Crest Ave.
Las Vegas, NV 89135

TECO
702 N. Franklin St
Tampa, FL 33602

Total Quality Logistics, LLC
4289 Ivy Pointe Blvd.
Cincinnati, OH 45245

Trumpf Huettinger Inc.
4000 Burton Dr.
Santa Clara, CA 95054

Turlock Irrigation District
333 E Canal Dr
Turlock, CA 95380

Uline
PO Box 88741
Chicago, IL 60680-1741

United Rentals North America Inc.
14020 SW 72nd Ave
Portland, OR 97224

United States Energy Association, Inc
1300 Pennsylvania Ave NW, Ste. 550
Washington, DC 20004

UOP LLC
6111 North River Rd
Des Plaines, IL 60018

Walter E Nelson Co.
5937 N. Cutter Circle
Portland, OR 97217

Waste Disposal Group
105 Warrenton Way
Simpsonville, SC 29681

Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Workiva Inc.
2900 University Blvd
Ames, IA 50010

XOMETRY INC
6116 EXECUTIVE BLVD SUITE 800
Rockville, MD 20852

Yorkville Ives & Co, LLC
1012 Springfield Ave
Mountainside, NJ 07092

Ziply Fiber
135 Lake St
Kirkland, WA 98034

ZoomInfo Technologies Midco LLC
805 BROADWAY STREET, SUITE 900
Vancouver, WA 98660

Zoro Tools, Inc.
909 Ashbury Drive
Buffalo Grove, IL 60089

# United States Bankruptcy Court
## District of Delaware

In re **ESS Tech, Inc.** Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ESS Tech, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Breakthrough Energy Ventures, LLC**
**250 Summer St, 4th Fl**
**Boston, MA 02210**

**Honeywell International Inc. Entities**
**855 S Mint St**
**Charlotte, NC 28202**

**SB Energy Global Holdings One Ltd**
**69 Grosvenor St**
**London W1K 3JP**
**United Kingdom**

☐ None [*Check if applicable*]

**November 13, 2026**
Date

**/s/ Michael Busenkell**
**Michael Busenkell**
Signature of Attorney or Litigant
Counsel for **ESS Tech, Inc.**

**Gellert Seitz Busenkell & Brown, LLC**
**1201 N. Orange Street**
**Suite 300**
**Wilmington, DE 19801**
**302-425-5812 Fax:302-425-5814**
**mbusenkell@gsbblaw.com**